# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Celeste Niarchos,
        Plaintiff

V.

City of Beverly, et al.,
        Defendant

CIVIL ACTION

NO. 08-10747

## JUDGMENT

Gertner, D. J.

In accordance with the Court's Memorandum and Order dated July 7, 2011 granting defendants motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the Defendants.

By the Court,

7/8/11
Date

/s/Craig J. Nicewicz
Deputy Clerk

(Judgment for SJ.wpd - 12/98)